UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE

ONE APUS CONTAINER SHIP INCIDENT ON
NOVEMBER 30, 2020

This Document Relates to All Actions
------------------------------------------------------------X

22-md-3028 (PAE)

<u>ORDER NO. 5</u>

PAUL A ENGELMAYER, District Judge:

      At the November 30, 2023 court conference, the status of and process for settling claims, the limited claims not currently included in the settlement, and potential future claims were discussed.

      In the interest of continuing to facilitate settlement:

1) The participating parties will file a redacted copy of the fully executed Settlement Agreement with the Court by December 14, 2023. If unable to meet this deadline, these parties will write to the Court in advance of this deadline;

2) For all actions that are part of this MDL, including those claims in Schedule C of the Settlement Agreement and those claims which are currently excluded from the settlement, the pause in litigation activity, i.e., formal discovery and motions, is hereby extended to February 29, 2024;

3) For any action that is part of this MDL that is not being fully resolved under the terms of the Settlement Agreement, as well as any new actions that become part of this MDL and are not fully resolved before, a proposed Civil Case Management Plan and Scheduling Order will be submitted no later than March 1, 2024; and

4) The parties will jointly report by letter to the Court on their progress on all actions that are part of this MDL, with a summary table organized by civil action numbers, by the end of each month, starting in January of 2024.

SO ORDERED.

                                                                                                                  */s/ Paul A. Engelmayer*
                                                                                Paul A. Engelmayer
                                                                                United States District Judge

Dated: December 6, 2023
         New York, New York