IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> M/V ONE APUS, ET AL., <br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) <br><br> **NOTICE OF VOLUNTARY** <br> **DISMISSAL PURSUANT TO F.R.C.P.** <br> **41(a)(1)(A)(i)** <br><br> Civil Action No.: 1:22-cv-8233-PAE <br> **[This case is assigned to 1:22-md-03028-PAE]** |

Plaintiffs **Continental Insurance Company** and **Fubon Insurance Co. Ltd.** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby voluntarily dismiss without prejudice the following claims ONLY as against Defendant **Schenker Ocean**, with each party to bear its own fees and costs:

| Container # | Claim Value | Bill of Lading # |
|---|---|---|
| TCNU3253040 (Fubon) | $75,251.79 | SHKK344917383598 |
| UETU4148087 (Continental) | $31,581.00 | CNSZX0000365697 |
| UETU4148087 (Continental) | $99,414.99 | CNSZX0000365701 |
| NYKU5223285 (Continental) | $84,807.76 | VNHAN0000027677 |

Plaintiffs **Continental Insurance Company** and **Fubon Insurance Co. Ltd.** do NOT dismiss their claims for loss of or damage to cargo contained in these particular containers and carried under these particular bills of lading against any other defendants.  ONLY Plaintiffs **Continental Insurance Company's** and **Fubon Insurance Co. Ltd.'s** claims, referenced above, against Defendant **Schenker Ocean** are hereby dismissed.

/ / / / /

/ / / / /

1

DATED: January 31, 2024       Respectfully submitted,

                    KENNEDYS CMK LLP
                    /s/ *Jonathan W. Thames*
                    Jonathan W. Thames
                    *Pro Hac Vice*
                    455 Market Street, 19th Floor
                    San Francisco, California 94105
                    (415) 323-4460
                    jonathan.thames@kennedyslaw.com
                    *Attorneys for Cargo Plaintiffs*

                    /s/ *Frank Jordan*
                    Frank Jordan (FJ 1923)
                    570 Lexington Avenue
                    New York, New York 10022
                    (212) 252-0004
                    Frank.jordan@kennedyslaw.com
                    *Attorneys for Cargo Plaintiffs*

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
February 1, 2024

2